USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __2/3/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR H. ALVARADO BALDERRAMO,

                Plaintiff,

-against-

TAXI TOURS INC., *et al*.,

                Defendants.

**ORDER**

15-cv-2181 (ER)

Ramos, D.J.:

    On November 26, 2019, Plaintiff filed a Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge ("the Notice"), for the Court's approval. Doc. 82. On December 4, 2019, the Notice, which refers Plaintiff's Motion to Approve the Settlement Agreement to Magistrate Judge Freeman for adjudication, was "So Ordered" and filed on ECF. Doc. 83. Upon reconsideration, the so-ordered Notice is hereby rescinded. This Court will retain jurisdiction of Plaintiff's motion.

    The Clerk of the Court is respectfully directed to withdraw the order, doc. 83.

    It is SO ORDERED.

Dated: February 3, 2020
       New York, New York

                                                _____
                                                Edgardo Ramos, U.D.S.J.